# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

IN RE: )
)
ELBERT A. WALTON, JR., ) 4:17-MC-192 RWS

## ORDER

This Court has been advised by receipt of a certified copy of the December 24, 2019 final order of discipline of the Supreme Court of Missouri, entered in In re: **Elbert A. Walton, Jr.**, Cause No. SC98185, that **Elbert A. Walton, Jr.**, has been disbarred from the practice of law by the Supreme Court of Missouri [Doc. #11].

On May 19, 2017, Mr. Walton was suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri. This Court now finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on **Elbert A. Walton, Jr.**, pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that **Elbert A. Walton, Jr.** is **disbarred** and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 28th day of January, 2020.

BY THE COURT:

_____
Chief Judge Rodney W. Sippel

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge John A. Ross

_____
Judge Henry E. Autrey

_____
Judge Audrey G. Fleissig

_____
Judge Ronnie L. White

_____  
Judge Stephen R. Clark

_____  
Judge Sarah E. Pitlyk

_____  
Senior Judge E. Richard Webber

_____  
Senior Judge Charles A. Shaw

_____  
Senior Judge Jean C. Hamilton

_____  
Senior Judge Catherine D. Perry

Cause No. 4:17-MC-192 RWS, *In re: Elbert A. Walton, Jr.*, page 2 of 2. (January 2020)